**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Dawn R Faulkner <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3066 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 21–12568–JNP | |

# Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dawn R Faulkner

7/2/21                                                   **By the court:**   Jerrold N. Poslusny Jr.
                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 21-12568-JNP

Dawn R Faulkner                                                                 Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                     User: admin                     Page 1 of 3
Date Rcvd: Jul 02, 2021                  Form ID: 318                    Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn R Faulkner, 115 West Camden Avenue Apt. H-2, Moorestown, NJ 08057-1553 |
| 519151951 | | ARS, PO Box 8668, Pompano Beach, FL 33075-8668 |
| 519151948 | + | Amcol Clmbia, Po Box 21625, Columbia, SC 29221-1625 |
| 519151950 | + | Apex Asset, 2501 Oregon Pike Suite 102, Lancaster, PA 17601-4890 |
| 519151963 | | Emerg Phy Assoc of S Jersey, PO Box 740021, Cincinnati, OH 45274-0021 |
| 519151964 | + | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 519151966 | + | Larchmont Imaging Associates, 1295 Route 38 West, Hainseport, NJ 08036-2702 |
| 519151967 | | Lourdes Medical Associates, PO Box 9367, Belfast, ME 04915-9367 |
| 519151969 | + | Moorestown Court Apartments, 115 West Cmden Avenue, Moorestown, NJ 08057-1500 |
| 519151970 | + | Radiology Associates Of Burlington Count, 1295 Route 38 West, Hainesport, NJ 08036-2702 |
| 519151973 | + | Verizon Fios Bankruptcy Deptartment, 500 Technology Drive, Ste. 550, Weldon Spring, MO 63304-2225 |
| 519151974 | | Virtua Health, PO Box 8500-8267, Philadelphia, PA 19178-8267 |
| 519151975 | + | Whitehall Apartments, 760 Eayrestown Rd, Lumberton, NJ 08048-3162 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 02 2021 20:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 02 2021 20:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519151949 | + | Email/Text: broman@amhfcu.org | Jul 02 2021 20:17:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 519151952 | + | EDI: TSYS2.COM | Jul 03 2021 00:18:00 | Barclays Bank Delaware, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 519151953 | + | EDI: CAPITALONE.COM | Jul 03 2021 00:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519151954 | + | Email/Text: bankruptcy@cavps.com | Jul 02 2021 20:17:00 | Cavalry Portfolio Serv, PO Box 1017, Hawthorne, NY 10532-7504 |
| 519151955 | + | EDI: CITICORP.COM | Jul 03 2021 00:18:00 | Citibank, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 519151956 | | EDI: COMCASTCBLCENT | Jul 03 2021 00:18:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 519151957 | + | EDI: WFNNB.COM | Jul 03 2021 00:18:00 | Comenity Bank/Lane Bryant, 4590 E Broad Street, Columbus, OH 43213-1301 |
| 519151958 | | EDI: WFNNB.COM | Jul 03 2021 00:18:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519151959 | + | EDI: WFNNB.COM | Jul 03 2021 00:18:00 | Comenitybank/trwrdsv, Attn: Bankruptcy, Po Box |

| | | | | |
|---|---|---|---|---|
| | | | | 182273, Columbus, OH 43218-2273 |
| 519151960 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 02 2021 20:23:59 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519151961 | | EDI: DIRECTV.COM | Jul 03 2021 00:18:00 | Direct TV, PO Box 11732, Newark, NJ 07101-4732 |
| 519151962 | + | EDI: DISCOVER.COM | Jul 03 2021 00:18:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519151965 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 02 2021 20:17:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 519151968 | + | EDI: MID8.COM | Jul 03 2021 00:18:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 519155382 | + | EDI: RECOVERYCORP.COM | Jul 03 2021 00:18:00 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519151971 | + | EDI: RMSC.COM | Jul 03 2021 00:18:00 | Syncb/litt, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519151972 | | EDI: LCITDAUTO | Jul 03 2021 00:18:00 | Td Auto Finance, 27777 Franklin Rd, Farmington Hills, MI 48334 |
| 519151976 | + | EDI: WFNNB.COM | Jul 03 2021 00:18:00 | World Financial Network Bank, PO Box 182124, Columbus, OH 43218-2124 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 04, 2021       Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com |
| Denise E. Carlon | on behalf of Creditor American Heritage Credit Union dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Joseph J. Rogers | on behalf of Debtor Dawn R Faulkner jjresq@comcast.net jjrogers0507@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1                         User: admin                         Page 3 of 3

Date Rcvd: Jul 02, 2021                  Form ID: 318                  Total Noticed: 33

TOTAL: 4